UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

JEFF HOAG and ANN HOAG, on their own
behalf and on behalf of those similarly
situated,

Civil Action No. 3:15-cv-00075-RRE-ARS

Plaintiffs,

v.

EIDE BAILLY LLP, a North Dakota
professional limited liability partnership,

Defendant.

**DECLARATION OF CURTIS D. SMITH**
**IN SUPPORT OF EIDE BAILLY LLP'S RULE 12 MOTION**

Curtis D. Smith declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1.     I am one of the attorneys representing Defendant Eide Bailly LLP ("Eide") in this matter and I make this declaration for the purpose of placing before the Court (a) various documents to which Plaintiffs' Complaint [Dkt. 1] expressly refers and on which that pleading plainly relies, and (b) documents filed in other DBSI-related legal actions that are a matter of public record and as to which this Court may take judicial notice.

2.     This declaration is made in support of Eide's motions to dismiss Plaintiffs' Complaint under Rule 12(b)(6).

3.     Attached as Exhibit 1 are true and correct copies from PACER of lists that show civil case filings in the United States District Court for the District of Idaho involving DBSI litigation trustee James Zazzali, DBSI "Insider" Douglas Swenson and/or DBSI-related technology company Wavetronix LLC.

4.     Attached as Exhibit 2 is a true and correct copy from PACER of lists that show civil case filings in the United States District Court for the District of Delaware involving DBSI litigation trustee James Zazzali.

5.     Attached as Exhibit 3 is a true and correct copy of the Confidential Private Placement Memorandum for DBSI 2006 Secured Notes Corporation, dated October 4, 2006, to which Plaintiffs' Complaint [Dkt. 1] expressly refers.

6.     Attached as Exhibit 4 is a true and correct copy of the Confidential Private Placement Memorandum for DBSI 2005 Secured Notes Corporation, dated August 9, 2005, to which Plaintiffs' Complaint [Dkt. 1] expressly refers.

7.     Attached as Exhibit 5 is a true and correct copy of the Confidential Private Placement Memorandum for DBSI 2008 Notes Corporation, dated February 6, 2008, to which Plaintiffs' Complaint [Dkt. 1] expressly refers.

8.     Attached as Exhibit 6 is a list of Idaho state court actions and filing dates created based on a search that my office made of Idaho's online state court records system.

9.     Attached as Exhibit 7 is a true and correct copy of the class action complaint that was filed in Ada County (Idaho) District Court on October 27, 2008, in the matter entitled *Myles W. & Jannelle S Spann Trust v. For 1031 LLC et al.*, Case No. CV-0C-2008-20435.

10.    Attached as Exhibit 8 is a true and correct copy of the complaint that was filed in Ada County (Idaho) District Court on November 7, 2008, in the matter entitled *P Truttman-Mansell Forest LLC v. DBSI Inc.,* Case No. CV-0C-2008-21356.   I have examined the complaints in the other Idaho state court matters listed on Exhibit 6.  Exhibit 8 is typical of the complaints filed in the matters listed on Exhibit 6 (other than the class action complaint that is separately attached as Exhibit 7), all of which were filed by the same group of Idaho attorneys. Based upon the class description contained in the Complaint [Dkt. 1] and the analysis described

in footnote 1 to this Declaration, Paul Truttman is a member of the putative class that Plaintiffs seek to represent.[1]

11.    Attached as Exhibit 9 is a true and correct copy of Schedule 1 to the voluntary bankruptcy petition that DBSI, Inc. filed in the United States Bankruptcy Court for the District of Delaware on November 19, 2008, in the matter entitled *In re DBSI, Inc.*, No. 08-12687 (PJW) (Bankr. D. Del.).

12.    Attached as Exhibit 10 are true and correct copies of just a small fraction of the letters alleging fraud by the DBSI Insiders that were filed with the bankruptcy court in *In re DBSI, Inc.*, No. 08-12687 (PJW) (Bankr. D. Del.), from mid-November 2008 to mid-March 2009.  Based upon the class description contained in the Complaint [Dkt. 1] and the same document analysis that is described in footnote 1 to this Declaration, William G. Floyd, Andy Virostek, Peter and Louise Zizileuskas, Sridhar Dasari, Brian and Sandra Williams, Harvey Friedlander (letter written by brother in law/joint investor Samuel Minas), Neil Wilburn, Gordon Piller, Donna Fullmer, Lynda Barton, Estate of Elsie Cook (letter written by son in law Rick Wagner), and Daryl and Susan McFarland are each members of the putative class that Plaintiffs seek to represent.

13.    Attached as Exhibit 11 is a true and correct copy of the complaint filed in Ada County (Idaho) District Court on January 14, 2009, in the civil matter entitled *State of Idaho, Department of Finance, Secs. Division v. Douglas L. Swenson et al.*, Case No. CV-0C-0900859.

---

[1] Mr. Truttman's name appears on the lists of investors who received notices of the opportunity to assign their claims to the Private Actions Trust that was established as part of the confirmed bankruptcy plan in *In re DBSI, Inc.*, No. 08-12687 (PJW) (Bankr. D. Del.).  *See* Dkt. 5737 and Dkt. 7039.  Mr. Truttman's name also appears on the list of approved claims that is attached to the First Amended Complaint filed in the Indiana action as Exhibit P. *See* Dkt. 34-16.  Unlike the names of Mr. Truttman's co-plaintiffs in the Colorado lawsuit, Mr. Truttman's name *does not* appear on the list of investors who assigned their claims to the Private Actions Trust. *See* Am. Compl. Ex. G [Dkt. 127-7], *Zazzali v. Eide Bailly LLP*, No. 1:12-CV-349-S-MJP (D. Idaho).

14.     Attached as Exhibit 12 is a true and correct copy of the complaint filed in the United States District Court for the District of Colorado on March 25, 2009, in *Bushman Inv. Props., Ltd., et al. v. DBSI E-470 East LLC, et al.*, No. 1:09-cv-00674-MSK-KLM (D. Colo.). Based upon the class description contained in the Complaint [Dkt. 1] and the same document analysis that is described in footnote 1 to this Declaration, Kent Bushman, William Murphy, R. Gayle Holman, the Estate of William Claytor and Charley Simmons are each members of the putative class that Plaintiffs Jeff and Ann Hoag seek to represent.  Another one of the plaintiffs in the District of Colorado lawsuit, Joseph Klem, assigned his claims to the Private Actions Trust and, therefore, is *not* a member of the putative class that Plaintiffs seek to represent.

15.     Attached as Exhibit 13 is a true and correct copy of the public version of the February 28, 2008 PCAOB Report that is expressly referred to in paragraphs 183 and 185 of Plaintiffs' Complaint [Dkt. 1].

16.     Attached as Exhibit 14 is a true and correct copy of the 12/31/06 audited financial statements for Master LeaseCo (a Division of DBSI Master LeaseCo, Inc.), which are referred to in paragraph 256 of Plaintiffs' Complaint [Dkt. 1].

17.     Attached as Exhibit 15 is a true and correct copy of the Motion of the State of Idaho Department of Finance for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) filed in the United States Bankruptcy Court for the District of Delaware on January 1, 2009 [Dkt. 1276] in the matter entitled *In re DBSI, Inc.*, No. 08-12687 (PJW) (Bankr. D. Del.).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 27, 2016                    s/Curtis D. Smith_____
                                             Curtis D. Smith

3358142v1